___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

May 6, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RANDY CARTER,

    Defendant.

Case No. 2:19-cr-00093-RFB-EJY

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

    I understand that I have a right to appear in person in court at the *Initial Appearance on Revocation of Conditions of Pretrial Release* hearing in this case scheduled for *May 6, 2020 at 9:00 AM*. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

    Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Margaret W. Lambrose for Mr. Carter 5/4/20
Defendant's Signature          (date)

/s/ Margaret W. Lambrose          5/4/20
Signature of Defendant's Attorney   (date)

Margaret W. Lambrose
Printed Name of Defendant's Attorney

_____5/06/2020_
Judge's Signature          (date)

RICHARD F. BOULWARE, II  U.S. District Judge
Judge's Printed Name and Title